UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 5:20-cv-02589-DMG-SHK | Date: | May 20, 2021 |

Title: *Ada Maria Benson v. Social Security Administration*

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):      Attorney(s) Present for Defendant(s):

None Present      None Present

**Proceedings (IN CHAMBERS):**    **Order To Show Cause**

On March 1, 2021, Plaintiff Ada Maria Benson ("Plaintiff") filed a "Motion to Request Release of Summons" ("Motion" or "Mot."), in which she stated that she mailed "the complete summons forms[,]" presumably to the Court, and that upon "brows[ing] through Pacer to see the status of [the] summons [she] found [the] summons posted but not completed." Electronic Case Filing Number ("ECF No.") 13, Mot. at 1.

A review of the docket reveals that Plaintiff submitted three proofs of service of three AO440 summons forms on Defendant Social Security Administration ("Defendant"); however, the summons forms attached to Plaintiff's proofs of service reveal that they were not signed by the Clerk of Court before they were served on Defendant. See ECF Nos. 10-12. Consequently, the Court found that "Plaintiff's service of the incomplete, unsigned, summons forms on Defendant was improper." ECF No. 14, Order Denying Motion For Release of Summons ("Order") at 1. The Court, therefore, struck the proofs of service [ECF Nos. 10, 11, 12] from the record and denied Plaintiff's Motion. See id.

The Court directed the Clerk of Court to send Plaintiff one blank AO440 summons form at her current address of record so that Plaintiff could add Defendant's addresses to it, submit it to the Clerk of Court for signature, serve the completed and signed summons form on Defendant once Plaintiff received the signed form back from the Clerk of Court, and submit a valid proof of service of the completed summons form—that bears the Clerk of Court's signature—with the Court by April 8, 2021.

To date, Plaintiff has performed some, but not all of those steps. Specifically, Plaintiff has submitted the completed summons form bearing all of Defendant's addresses to the Clerk of Court, and the Clerk of Court has signed the completed summons form. See ECF No. 15, 60 Day Summons Issued. However, Plaintiff has failed to timely file a proof of service of the completed Summons form on Defendant as ordered.

Consequently, Plaintiff is ordered to show cause by **May 27, 2021**, why the case should not be dismissed for failure to prosecute and follow Court orders. Plaintiff may satisfy this order by filing a proof of service of the completed Summons form on Defendant. Plaintiff is warned that because the proof of service of the Summons is now roughly six weeks late, failure to timely provide the proof of service **will** result in the dismissal of this action with or without prejudice for failure to prosecute and follow Court orders.

**IT IS SO ORDERED.**