**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADA MARIA BENSON,<br><br>                Plaintiff,<br><br>                v.<br><br>SOCIAL SECURITY ADMINISTRATION,<br><br>                Defendant. | Case No. CV 20-02589-DMG (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order re Dismissal of Action, IT IS HEREBY ADJUDGED that the above-captioned action is **DISMISSED** without prejudice.

DATED: November 28, 2022

_____
DOLLY M. GEE
United States District Judge